UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS SZAFIR,
    *Plaintiffs,*

v.

MATTHEW DAGUANNO, *et al.*
    *Defendants*

C.A. No. 1:16-cv-00663-JJM-LDA

## **DISMISSAL STIPULATION**

The parties hereby stipulate that this matter is dismissed, with prejudice, each party to bear their own costs.

| Plaintiff, | Defendants, |
| By his Attorney, | By their Attorney, |
| | |
| */s/Peter Tashjian* | */s/Ryan Stys* |
| Peter Tashjian, Esq. | Ryan Stys, Esq. |
| TASHJIAN LEGAL | DESISTO LAW LLC |
| 1745 Main Road | 60 Ship Street |
| Tiverton, RI 02878 | Providence, RI 02903 |
| 401-477-2833 | 401-272-4442 |
| tashjian@cox.net | ryan@desistolaw.com |

**Dated: December 7, 2018**